UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT 2003 OCT 15 A 9: 04

DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| MICHAEL LEWIS | : | |
| v. | : | CASE NO. 3:03CV913 (DJS) |
| IMMIGRATION AND NATURALIZATION SERVICE | : | |

## JUDGMENT

This action having come on for consideration of a petition for writ of habeas corpus before the Honorable Dominic J. Squatrito, United States District Judge and,

Having considered the full record of the case including applicable principles of law, having filed its ruling denying the petition, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the respondent Immigration and Naturalization Service, and this case is dismissed.

Dated at Hartford, Connecticut, this 15th day of October 2003.

KEVIN F. ROWE, Clerk

By *[signature]*
Terri Glynn
Deputy Clerk

EOD _____