UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN MATTER OF:
MICHAEL G. LEWIS
#A30-198-471

CIV # 3:03 CV 913 (DJS)
OCTOBER 6, 2003

## MISSING ORDER

ON SEPTEMBER 12, 2003 I RECEIVED A BRIEF FROM THE ASSISTANT UNITED STATES ATTORNEY KRISTHINA R. PATEL ALONG WITH SEVERAL EXHIBITS. ATTACHED THERE IS AN ORDER DATED MAY 30, 2003 INDICATING THAT THIS COURT DENIED MY REQUEST TO OPEN THIS COURT FINAL ORDER BASED UPON THE CHANGES IN MY SENTANCE.

I WOULD LIKE TO INFORM THIS COURT THAT I DID NOT ACQUIRE A COPY OF THIS COURT RULING FROM THE COURT, AND THEREFORE WAS DENIED MY RIGHT TO APPEAL THE MAY 30, 2003 ORDER. THEREFORE I'AM ASKING THIS COURT TO ALLOW ME TO FILE A LATE APPEAL FROM THE COURT MAY 30, 2003 ORDER.

RESPECTFULLY SUBMITTED
*Michael Lewis*
MICHAEL LEWIS # 189374
P.O. BOX 100 OSBORN CI
SOMERS CONN 06071

# CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED THIS 6th DAY OF OCTOBER 2003.

TO:

KRISHNA R. PATEL
ASSISTANT UNITED STATES ATTORNEY
INS
450 MAIN STREET HARTFORD
CONN 06103


SIGN: *Michael Lewis*

MICHAEL LEWIS #189374
P.O. BOX 100 OSBORN CI
SOMERS CONN 06071