UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN MATTER OF:
MICHAEL LEWIS
# A30-198-471

CIV# 3:03 CV913 (DJS)

OCTOBER 2003 OCT 22 00 3 27

US DISTRICT COURT
HARTFORD CT

## MOTION TO STRIKE

### FEDERAL RULE OF CIVIL PROCEDURE RULE #12(F)

THE STATEMENTS OF FACTS RECEIVED ON SEP 8, 2003 FROM INS ARE FALSE SEE EXHIBIT (A2) WHERE INS STATED THAT A REMOVAL HEARING WAS HELD BEFORE THE IJ WHERE LEWIS WAS SUBSEQUENTLY ORDERED DEPORTED BY THE IJ ON JULY 25, 2001. SEE EXHIBIT (A17) WHERE IT STATED THAT LEWIS FILED AN APPEAL TO THE BOARD OF IMMIGRATION APPEAL (BIA) BY DECISION DATED DECEMBER 10, 2001. THE BIA REVERSED AND REMANDED THE PROCEEDING TO THE IJ BECAUSE THE RECORD FAILED TO SPECIFY THE CONTROLLED SUBSTANCE UNDERLYING LEWIS'S NARCOTIC CONVICTION. SEE EXHIBIT (A96-98) THIS RECORD AND FILE IS THAT OF <u>JIERRY LAMOTHE #A378875-78</u>.

RESPECTFULLY SUBMITTED
_Michael Lewis_
MICHAEL LEWIS #189374
P.O. BOX 100 OSBORN CI
SOMERS CONN. 06071

CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED THIS 6th DAY OF OCTOBER 2003

TO:

KRISHNA R. PATEL
ASSISTANT UNITED STATES ATTORNEY
INS 450 MAIN ST HARTFORD
CONN 06103


SIGN: *Michael Lewis*
MICHAEL LEWIS #189374
P.O. BOX 100  OSBORN CI
SOMERS CONN 06071