UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Matter of:
Michael G. Lewis
#A 30-198-471

FILED 2003 OCT 22 P 2:27
US DISTRICT COURT
HARTFORD CT

CIV #: 3:03 CIV 913 (DJS)
Sept 25, 2003

## Petitioners Response To INS Preliminary Statements of Fact and Decision

The statements of facts received on Sept. 8, 2003 from INS are false, see exhibit (A2), where INS stated that a removal hearing was held before the IJ where Lewis was subsequently ordered <u>deported by the IJ on July 25, 2001</u>. Also see exhibit (A17) where it stated that Lewis filed an appeal to the board of Immigration appeal (BIA) by decision dated <u>December 10, 2001</u>, the BIA reversed and remanded the proceeding to the IJ because the record failed to specify the controlled substance underlying Lewis Narcotic conviction. See exhibit (A96-98) this record and file is that of <u>Jierry-Lamothe #A37887578</u>.

The petitioners conviction of possession of Narcotic does not meet the definition of an aggravated felony as stated in S-101 of INA where a sentence of one year or more has to be imposed the petitioner conviction was modified to 364 days. Therefore no longer meet the definition of aggravated felony. The petitioner moves the court to grant his motion for cancellation of his deportation proceeding.

Respectfully Submitted
Micheal Lewis #189374
Osborn CI
P.O. Box 100
Somers Ct. 06071
Sign: *Michael Lewis*

Certification

I hereby certify that a copy of the foregoing was mailed this 25th day of September 2003.

INS
450 Main St.
Hartford Ct. 06103

Sign: *Michael Lewis*
Micheal Lewis
Osborn CI
P.O. Box 100
Somers Ct. 06071