UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 22 P 2: 27

US DISTRICT COURT
HARTFORD CT

In Matter of
Micheal G Lewis
#A 30-198-471

CIV #: 3:03CV913 (DJS)

September 25, 2003

## Motion For Ineffective Assistance Of Councel

The petitioner Lewis was represented in INS Court on July 9, 2002 by att. Micheal Moore. The Petitioner reserved the right to appeal the IJ decision to the "BIA". The Petitioner signed an appeal application on July 9, 2002 and left same with Att. Moore to File to the BIA. Att. Moore Fail to Filed the appeal to the BIA. Att. Moore never informed the Petitioner "Lewis" that the appeal was not Filed until September 23, 2002 well after the August 8, 2002 deadline. See letter enclosed dated September 13, 2002 From Att. Moore. The Petitioner Files this Motion For Ineffective assistance Of Councel. The Petitioner seeks the Following relief. The right For his appeal to be heard by the BIA and For relief Under Section 212 H.

---

(1) On July 9, 2002 Lewis was represented by Att. Moore he Filed an Appeal application for Att. Moore to File to the "BIA" Att. Moore Failed to File the application by the August 8, 2002 deadline.

(2) Att. Moore informed Lewis on September 23, 2002 that the appeal was not Filed.

(3) Lewis is seeking the right to have his appeal heard by the BIA as well as A 212 H relief.

Respectfully Submitted
Micheal Lewis #189374
Osborn CI
P.O. Box 100
Somers Ct. 06071
Sign: *Michael Lewis*

## Certification

I hereby certify that a copy of the foregoing was mailed this 25th day of September, 2003.

INS
450 Main St.
Hartford Ct. 06103

Sign: *Michael Lewis*
Micheal Lewis
Osborn CI
P.O. Box 100
Somers Ct. 06071

# LAW OFFICES OF
# MICHAEL G. MOORE

20 Maple Street
Springfield, Ma 01103
(413) 747-9331

Michael Lewis # 189374
PO Box 1500
Enfield, Ct 06083

September 23, 2002

Dear Mr. Lewis:

    Apparently your brother did not tell you that he did not wish to pursue an appeal. You have a final order. The immigration service is taking the position that it has six months to try to deport you. If, after that time, you have not been deported, there is a chance, by filing a habeas corpus, that the INS will be forced to release you. When that time comes, I would be happy to represent you if that is the wish of you and your family.

Sincerely,

Michael G. Moore

MGM:jb