```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
```

MICHAEL LEWIS,

    Petitioner,

v.                               No. 3:03CV913(DJS)

IMMIGRATION AND NATURALIZATION SERVICE,

    Respondent.

## MEMORANDUM OF DECISION

Michael Lewis filed this petition for a writ of habeas corpus on May 23, 2003, seeking relief from the Immigration and Naturalization Service's final order of removal entered on July 9, 2002. This court denied Lewis' petition on October 9, 2003.

Lewis has submitted four documents to this court, all of which were filed subsequent to October 9, 2003 despite the date indicated on the documents themselves. Two filings (dkt. #s 18 & 19) address the inclusion of a BIA decision regarding one Jerry Lamothe in Lewis' administrative record. To the extent these filings seek relief, relief is **DENIED** because the court did not consider this information when rendering its decision. It is Lewis' failure to appeal the final order of removal entered against him, and not any intermediate proceeding, that potentially impacts the disposition of his petition. With respect to the document entitled "Missing Order" (dkt. # 17), the docket sheet does not reflect that this court entered an order on

May 30, 2003, and therefore to the extent Lewis seeks relief it is **DENIED**.

Petitioner's fourth submission requires some explanation. In his "Motion for Ineffective Assistance of Counsel" (dkt. # 20), Lewis claims that his counsel during the administrative process failed to file an appeal of the July 9, 2002 final order of removal. He seeks, from this court, "[t]he right for his appeal to be heard by the BIA and for relief under Section 212H." On the basis of the record in this matter, the court notes that petitioner has experienced confusion between his proceedings before the INS and DHS and this court. The request for relief set forth in petitioner's "Motion for Ineffective Assistance of Counsel" should be directed to the BIA. As such, the court deems petitioner's filing a motion to amend his petition, and this motion (dkt. # 20) is **DENIED without prejudice** to refiling once petitioner has first submitted his request to the BIA or other appropriate authority, or sets forth a reason why he should not be compelled to do so.

So ordered this 7th day of November, 2003.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE